

40 Broad Street, 7th Floor
New York, New York 10004
Telephone: (212) 943-9080
Fax: (212) 943-9082
www.vandallp.com

**Jack L. Newhouse, Esq.**
**Associate**
jnewhouse@vandallp.com

August 26, 2016

**VIA ECF**
Judge Leda Dunn Wettre
United States District Court
District of New Jersey
50 Walnut Street, MLK 4A
Newark, New Jersey 07101

        Re:    *Dominguez, et al. v. Galaxy Recycling, Inc. et al.*
                Docket No. 12-CV-7521 (MCA) (LDW)

Dear Judge Wettre:

      This firm is legal counsel to Named Plaintiffs, Opt-in Plaintiffs and the Class in the above referenced wage and hour class/collective action. Plaintiffs write on consent of Defendants to request a brief extension on the deadline to move for preliminary approval of the settlement agreement.

      Plaintiffs received Defendants' revised settlement agreement today. After review, there are a couple of issues that need to be resolved before Plaintiffs can agree to the settlement. Plaintiffs are hopeful that these issues can be resolved within the next week, which would provide Plaintiffs with a week to finalize the motion papers in support of preliminary approval. In light of the foregoing, Plaintiffs respectfully request the Court extend the time for Plaintiffs to move for preliminary approval of the settlement agreement from August 29, 2016 to September 12, 2016.

      Thank you for your time and attention to this matter.

                                          Respectfully submitted,

                                          _____/s/_____
                                          Jack L. Newhouse