| | |
|---|---|
| UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY | |
| JUAN LUNA DOMINGUEZ and MARLON JOSE GRANADOS, individually and on behalf of all other persons similarly situated who were employed by GALAXY RECYCLING INC., JOSEPH SMENTKOWSKI, INC. d/b/a GALAXY CARTING and/or SMENTKOWSKI GARBAGE REMOVAL and/or any other entities affiliated with or controlled by GALAXY RECYCLING INC., JOSEPH SMENTKOWSKI, INC. d/b/a GALAXY CARTING and/or SMENTKOWSKI GARBAGE REMOVAL, <br><br> Plaintiffs, <br><br> -against- <br><br> GALAXY RECYCLING INC., JOSEPH SMENTKOWSKI, INC. d/b/a GALAXY CARTING and/or SMENTKOWSKI GARBAGE REMOVAL, and GARY GIORDANO, individually, <br><br> Defendants. | **No.: 12-cv-7521 (MCA) (LDW)** <br><br> **NOTICE OF MOTION** |

**PLEASE TAKE NOTICE** that upon the annexed Declaration Jack Newhouse, sworn to on September 12, 2016, and all exhibits attached thereto, and upon all prior pleadings and proceedings herein, the undersigned will respectfully move this Court, at the United States Courthouse for District of New Jersey, located at 50 Walnut Street, Newark New Jersey, 07101 before the Honorable Leda Dunn Wettre, for Plaintiffs' Motion for an Order (i) granting preliminary approval of the Settlement Agreement and Release; (ii) authorization for publication of a notice of the proposed settlement and claim and release form, including instructions for objecting to or opting out of this action; (iii) removing Marlon Granados as a class representative in this action; and, (iv) such other and further relief as the Court may deem just and proper.

1

Dated: New York, New York
       September 12, 2016

                                       VIRGINIA & AMBINDER, LLP

                                       <u>/s/ Lloyd R. Ambinder, Esq.</u>
                                       Lloyd R. Ambinder, Esq.
                                       Jack L. Newhouse, Esq.
                                       40 Broad Street, 7th Floor
                                       New York, New York 10004
                                       Tel:    (212) 943-9080
                                       Fax:   (212) 943-9082
                                       lambinder@vandallp.com

To:    James Passantino, Esq.
        Biancamano & Di Stefano, P.C.
        10 Parsonage Road, Suite 300
        Edison, NJ 08837
        *Attorneys for Defendants*