CLOSED

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JUAN LUNA DOMINGUEZ et al., <br><br> Plaintiffs, <br><br> v. <br><br> GALAXY RECYCLING INC. et al., <br><br> Defendants. | Civil Action No. <br><br> 12-7521 (LDW) <br><br><br> **ORDER DISMISSING THE ACTION** |

**THIS MATTER** having come before the Court by way of an unopposed Motion for Final Approval of the Proposed Settlement and Attorneys' Fees and Costs and Service Awards (ECF No. 139), and the Court having examined the motion papers and having determined in an accompanying opinion that the requested relief is appropriate, and for the reasons stated therein;

**IT IS, on this 9th day of June 2017, ORDERED that:**

1. Plaintiff's Motion for Final Approval of the Proposed Settlement and Attorneys' Fees and Costs and Service Awards (ECF No. 139) is hereby **GRANTED**.

2. The proposed settlement is approved as fair and reasonable for the Fed. R. Civ. P. 23 class members and the Fair Labor Standards Act collective members.

3. All members of the Fed. R. Civ. P. 23 class who have not opted out of the proposed settlement are hereby deemed to have released the class claims as set forth in the settlement agreement (ECF No. 131-3).

4. Class Counsel's proposed award of attorneys' fees of $442,689.63 and litigation costs of $7310.37, totaling $450,000, is approved.

5. Class Counsel's proposed award of a service fee of $10,000 to named plaintiff Juan Luna Dominguez is approved.

6. The action is hereby dismissed with prejudice as to defendant Joseph Smentkowski, Inc., doing business as Galaxy Recycling, Inc., is hereby dismissed without prejudice as to defendant Galaxy Recycling, Inc., and is dismissed without prejudice pending full payment of the settlement amount as to defendant Gary Giordano.

7. This action is hereby **CLOSED**.

*Leda Dunn Wettre*
Hon. Leda Dunn Wettre
United States Magistrate Judge